IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARK WILCOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 21-cv-03009 |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY | ) |
| | ) |
| Defendant. | ) |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 17).  Magistrate Judge Schanzle-Haskins recommends that the Court: (1) grant Plaintiff's Motion for Summary Judgment (d/e 13); (2) deny Defendant's Motion for Summary Judgment (d/e 15); (3) reverse and remand Defendant's decision with instructions to find Plaintiff Mark Wilcox was disabled from August 8, 2011 through April 17, 2017; and (4) direct Defendant to award benefits accordingly.

Objections to the Report and Recommendations were due on or before January 18, 2022.  Neither party filed objections.

The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written objection has been made.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).  If no objection or only partial objection is made, the district judge reviews those unobjected portions for clear error. <u>Johnson v. Zema Sys. Corp.</u>, 170 F.3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

After reviewing the record, the Report and Recommendation, and the parties' motions and memoranda, as well as the applicable law, the Court finds no clear error in Magistrate Judge Schanzle-Hasksins's Report and Recommendation.

Therefore, it is ORDERED:

**(1) The Report and Recommendation of United States Magistrate Judge Schanzle-Haskins (d/e 17) is ACCEPTED and ADOPTED.**

(2)  Plaintiff's Motion for Summary Judgment (d/e 13) is GRANTED.

(3)  Defendant's Motion for Summary Judgment (d/e 15) is DENIED.

(4)  The decision of the Commissioner is REVERSED and REMANDED, and the Commissioner is

   a.  INSTRUCTED to find that Plaintiff Mark Wilcox disabled from his Onset Date of August 8, 2011 through April 17, 2017, and

   b.  DIRECTED to award benefits accordingly.

(5)  THIS CASE IS CLOSED.

ENTERED: January 19, 2022.

                                        /s/ Sue E. Myerscough
                                        SUE E. MYERSCOUGH
                                        UNITED STATES DISTRICT JUDGE